466 A.2d 1027

### In re ESTATE OF Janet D. THOMAS, Deceased.

### Appeal of Claire T. LAXSON.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1983.

Decided Oct. 31, 1983.

Robert T. Seiwell, Media, for appellant.

J. Robert Twombly, Guy Messick, Media, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The motion to quash and the motion to dismiss are denied.

The Decree of the Court of Common Pleas of Delaware County is affirmed. The parties are to pay their own costs.